**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Malcolm Antwon Williams, Appellant.

Appellate Case No. 2017-001175

———————————

Appeal From Marion County
Michael G. Nettles, Circuit Court Judge

———————————

Unpublished Opinion No. 2019-UP-092
Submitted January 1, 2019 – Filed February 20, 2019

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Susan Barber Hackett, of Columbia, and Malcolm Antwon Williams, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.